NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLELE BIOTECHNOLOGY AND PHARMACEUTICALS, INC.,**

*Plaintiff-Appellee*

v.

**REGENERON PHARMACEUTICALS, INC.,**

*Defendant-Appellant*

---

2025-1117

---

Appeal from the United States District Court for the Southern District of New York in No. 7:20-cv-08255-PMH, Judge Philip M. Halpern.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2     ALLELE BIOTECHNOLOGY AND PHARMACEUTICALS, INC. V.
REGENERON PHARMACEUTICALS, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

December 31, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 31, 2024